UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 18 P 2: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STEELWORKERS OF AMERICA          :
LOCAL 134L

v.                                                    :          CASE NO. 3:03CV201 (DJS)

UNITED ALUMINUM CORPORATION          :

## JUDGMENT

This action having come on for consideration before the Honorable Dominic J.

Squatrito, United States District Judge and,

The Court having considered the full record of the case including applicable

principles of law, and the Court having issued it's Memorandum of Decision and

Order determining under the CBA between the union and the employer, the arbitrator,

and not the court, has the authority to decide whether the union can avail itself of

the procedure set forth in Article XXI Section (c) of the CBA.  Therefore, the union's

complaint is dismissed.  The court directs the Clerk to close this file, it is therefore,

ORDERED, ADJUDGED and DECREED that the union's complaint be dismissed.

Dated at Hartford, Connecticut, this **18th** day of August 2004.


Dominic J. Squatrito,
United States District Judge